UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **DARYEL PARKER OLIVER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06CV182(HEA) |
| | ) |
| **LANA CAMP,** | ) |
| | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL
### PURSUANT TO
### 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this 30th day of May, 2006.

_____
**UNITED STATES DISTRICT JUDGE**